UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**UNITED STATES OF AMERICA**                               **PLAINTIFF**

**V.**                **CASE NO. 4:20CR00305-LPR**

**FREDERICK JACKSON**                                       **DEFENDANT**

## MOTION FOR DETENTION HEARING

COMES NOW the Defendant, Frederick Jackson, by and through his attorney, Toney Brasuell of the Brasuell Law Firm, and for his Motion states as follows:

1. On November 19, 2020, the court entered an Order of Temporary Detention. *Doc. No. 12*. On November 30, 2020, undersigned counsel filed an entry of appearance. *Doc. No. 17*. This court granted the motion to substitute counsel and relieved the federal public defender.

2. A release plan has been submitted to pre-trial services for review. Defendant anticipates presenting a release plan of a 3rd party custodian with ankle monitoring and home confinement or in the alternative in-patient rehabilitation.

3. This matter is ready for a detention hearing.

WHEREFORE, Defendant prays this court grant his motion, and for all other relief the court deems necessary and proper.

                                              Respectfully submitted,

**<u>Toney Brasuell</u>**
ABA No. 2005279
Attorney for Jackson
Brasuell Law Firm, PLLC
3700 Old Cantrell Rd., Suite 102
Little Rock, AR 72202
(501) 404-7111-phone
(501) 325-2135-fax
toney@brasuelllawfirm.com