**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

UNITED STATES OF AMERICA                                                                 PLAINTIFF

v.                                         Case No. 4:20-cr-305 LPR

FREDERICK JACKSON                                                                        DEFENDANT

## ORDER OF DETENTION

Defendant appeared with counsel on this date for his Motion for Release from Custody (Doc. No. 20). Following the testimony and argument of the parties, the Court finds no condition or combination of conditions that would reasonably assure Defendant's appearance and the safety of the community.

The suggested release plan, while the Court has no doubt based upon representations by proffer that the proposed third-party custodian would carry out the necessary obligations, is inadequate. The Court is concerned that, on at least eleven occasions while on supervision, Defendant has absconded, been revoked, or been arrested following release from custody. He has never successfully completed conditions of release, and the Court has no confidence he would do so now. Therefore, based on the record, the Court finds no condition or combination of conditions that would reasonably assure Defendant's appearance and the safety of the community. Accordingly, Defendant is remanded into the custody of the United States Marshals Service (USMS) pending trial.

While detained, the Defendant must be afforded a reasonable opportunity to consult privately with defense counsel in person, by telephone, and by video conferencing, where feasible. Further, on order of the United States Court or on request of an attorney for the

Government, the person in charge of the corrections facility must deliver the Defendant to the United States Marshal for a court appearance.

SO ORDERED this 16th day of December, 2020.

_____
UNITED STATES MAGISTRATE JUDGE