```
2021-06-23 13:41                                                                Page 1


EVENT HISTORY RECORDS
    Event #: LRP1912240058              Priority: 6
    Time: 24-Dec-2019/03:32:54          Type: NARC
    Response Level: 1
    Src: 9                              Loc: 209 E 8TH ST ,LR
    Info: SECOND BAPTIST CHURCH PKLOT   Caller: KEVIN
    Phone: 5017497086

EVENT REMARKS
    24-Dec-2019/03:32:54   39230        C6
    COMP ADV A B/M BLK SKULLCAP, CAMO JACKET IN A BLK CHEVY SUBURBAN IS AT THIS
    LOC PASSING OUT DRUGS....ADV THIS IS IN RELATION TO $LRP159051


EVENT SUMMARY
    Status     Status Date             By         At
    ------     -------------------     --------   --------
    CLS        24-Dec-2019/03:56:38    38566      P1
    DSP        24-Dec-2019/03:46:32    38566      P1
    ENR        24-Dec-2019/03:46:32    38566      P1
    ONS        24-Dec-2019/03:51:15               SIMS
    WAI        24-Dec-2019/03:32:54    39230      C6

EVENT CHRONOLOGY
    Date/Time                   Segment Name    Workstation     Description
    --------------------        ------------    -----------     ------------------------
    24-Dec-2019/03:32:54        ENTRY           C6
    24-Dec-2019/03:39:57        EXPIRE                          Pending event expired
                                                                after 7 MIN
    24-Dec-2019/03:46:32        DE              P1              2X42 (PA)
                                                                $LRP1900159056
    24-Dec-2019/03:46:32        PRIUNIT         P1              2X42
    24-Dec-2019/03:47:09        DE              P1              Z53 (SRU)
    24-Dec-2019/03:51:15        ONS             SIMS            Z53
    24-Dec-2019/03:51:16        ONS             SIMS            Z53
    24-Dec-2019/03:56:02        CLEAR           P1              Z53
    24-Dec-2019/03:56:29        ONS             P1              2X42
    24-Dec-2019/03:56:38        CLEAR           P1              2X42
    24-Dec-2019/03:56:38        CLOSE           P1

UNIT SUMMARY
    Unit        Date/Time               Status
    --------    -------------------     ------
    2X42        24-Dec-2019/03:46:32    DSP
    2X42        24-Dec-2019/03:46:32    ENR
    2X42        24-Dec-2019/03:56:29    ONS
    2X42        24-Dec-2019/03:56:38    AV
    Z53         24-Dec-2019/03:47:09    DSP
    Z53         24-Dec-2019/03:47:09    ENR
```

```
2021-06-23 13:41                                                                  Page 2


     Z53              24-Dec-2019/03:51:15   ONS
     Z53              24-Dec-2019/03:51:16   ONS
     Z53              24-Dec-2019/03:56:02   AV
```