UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

UNITED STATES OF AMERICA                                    PLAINTIFF

V.                    CASE NO. 4:20CR00305-LPR

FREDERICK JACKSON                                           DEFENDANT

## UNOPPOSED MOTION TO TEMPORARILY RELEASE JJACKSON FROM PRE-TRIAL DETENTION

COMES NOW the Defendant, Frederick Jackson, by and through his counsel, Toney Brasuell of the Brasuell Law Firm, and for his motion states as follows:

1. Mr. Jackson's sixteen-year-old brother, Lamarcus Sante Wilburd, passed away November 24, 2021.

2. Mr. Jackson seeks a temporary release from the Greene County Jail to allow his attendance at his brother's funeral, scheduled for Saturday December 11, 2021, at 1:30 p.m. at Connor Chapel in Little Rock.  Mr. Jackson is not seeking permission to attend a reception or make a home or social visit in connection with the scheduled funeral. Mr. Jackson seeks only a period of time long enough for him to travel to the funeral to attend the services and return to the Greene County jail the same evening. Mr. Jackson's sister, Icy Jackson, will transport him to and from the funeral. Ms. Jackson's date of birth is 05/07/1992, and her address is 515 West 16th St., North Little Rock, AR 72216.

3. 18 U.S.C. § 3142(i) authorizes the court to order temporary release of a detained person if release is warranted by a "compelling reason."

4.     Bart Dickinson, Asst. U.S. Attorney, has been advised of this request and objects.

WHEREFORE, Defendant prays this court grant his motion and for all other matters the court deems necessary and proper.

Respectfully submitted,

**Toney Brasuell**
ABA No. 2005279
Brasuell Law Firm, PLLC
3700 Old Cantrell Rd., Suite 102
Little Rock, AR 72202
(501) 404-7111-phone
toney@tbblawyer.com